**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph Richards                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-13057 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and index same on the master mailing list.

                                                   Respectfully submitted,

                                     /s/ Mark A. Cronin
                                     Mark Cronin
                                     16 Oct 2023, 13:45:31, EDT

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322

Document ID: 1a594ba9f62728f07927b604e579b9affad1bbe6e377d97fdcaf477ba706d0a5