*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Joseph Richards<br><br>   Debtor(s). | Case No. 23−13057−amc<br><br>Chapter: 13 |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 10/10/23, this case is hereby DISMISSED.

**Date: October 31, 2023**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Means Test Calculation Form 122C−2 − If Applicable
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities